**STATE of Missouri, Respondent,**

v.

**Bobby LOVELADY, Appellant.**

**No. WD 39146.**

Missouri Court of Appeals,
Western District.

Feb. 2, 1988.

Application to Transfer Denied
May 17, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

**2**

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM

Appeal from conviction after jury trial of robbery in the first degree (§ 569.020, RSMo 1986) and armed criminal action (§ 571.015.1, RSMo 1986) and consecutive sentences of 25 and 15 years respectively.

Judgment affirmed. Rule 30.25(b).